**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
July 7, 2011

Lyle W. Cayce
Clerk

No. 10-41201
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JULIO SANTOS-PADILLA, also known as Santiago Guzman-Mejia,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:10-CR-1056-1

Before HIGGINBOTHAM, SMITH and HAYNES, Circuit Judges

PER CURIAM:[*]

The Federal Public Defender appointed to represent Julio Santos-Padilla has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Santos-Padilla has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Santos-Padilla's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-41201

motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.